

1994 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

12-2-1994

# United States v. One 1973 Rolls Royce

Precedential or Non-Precedential:

Docket 93-1417

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_1994

## Recommended Citation

"United States v. One 1973 Rolls Royce" (1994). *1994 Decisions.* Paper 207.
http://digitalcommons.law.villanova.edu/thirdcircuit_1994/207

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 1994 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

NO. 93-1417
_____


UNITED STATES OF AMERICA,

                         Appellee
                    v.

ONE 1973 ROLLS ROYCE, V.I.N. SRH-16266,
(by and through Claimant Oscar B. Goodman),

                         Appellant

_____

NATIONAL ASSOCIATION OF CRIMINAL
        DEFENSE LAWYERS,

                         Amicus-curiae
_____

On Appeal From the United States District Court
For the Eastern District of Pennsylvania
(D.C. Civ. No. 90-01487)
_____


Argued: December 6, 1993

Before: BECKER, NYGAARD, and WEIS, Circuit Judges.
        Opinion Filed:  November 25, 1994



            MICHAEL R. STILES
            United States Attorney
            WALTER S. BATTY, JR.
            Assistant U.S. Attorney
            Chief of Appeals
            JOEL M. FRIEDMAN
            Assistant U.S. Attorney
            FRANK A. LABOR, III (ARGUED)
            Assistant U.S. Attorney
            615 Chestnut Street

Philadelphia, PA   19106

Attorneys for Appellee
United States of America


DAVID CHESNOFF, ESQUIRE (ARGUED)
Goodman & Chesnoff
520 South Fourth Street
Las Vegas, Nevada   89101

STEPHEN STEIN, ESQUIRE
520 South Fourth Street
Las Vegas, Nevada   89101

ROBERT E. MURDOCK, ESQUIRE
Murdock & Palazzo
520 South Fourth Street
Las Vegas, Nevada   89101

Attorneys for Appellant
One 1973 Rolls Royce
VIN SRH-16266


PETER GOLDBERGER, ESQ. (ARGUED)
50 Rittenhouse Place
Ardmore, PA   19003-2276

Attorney for Amicus-curiae
National Association of
Criminal Defense Lawyers

-----------------------------

**ORDER AMENDING OPINION**

-----------------------------


The opinion in the above-captioned case filed November 25, 1994, is amended as follows:

The following sentence is deleted from the last paragraph of text in footnote 8 on page 18 (line 30 on the page):

And such incorporation, for all practical purposes, is the same as total displacement of federal law by state law.

                        BY THE COURT,


                        /s/ Edward R. Becker
                                Circuit Judge
DATED: December 2, 1994